**GENTILLY DEVELOPMENT CO. v. CARBAJAL**

----

(March 4, 1929.   Opinion and Decree.)

----

See, also, Gentilly Dev. Co. vs. Carbajal, 166 La. 905, 118 So. 78.

Monroe and Lemann, of New Orleans, attorneys for plaintiff, appellee.

Frank P. Krieger and Delvaille H. Theard, of New Orleans, attorneys for defendant, appellant.

PER CURIAM.

The alternative writ of prohibition heretofore issued in this cause is recalled and relator's petition dismissed upon the authority of Gentilly Development Company, Inc., vs. Mrs. Henrietta S. Carbajal, No. 29,758 of the docket of the Supreme Court, 121 So. —, decided Monday, February 25, 1929.